# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **TAMMY WELCH,**<br><br>Plaintiff,<br><br>v.<br><br>**THE HARTFORD, et al.**<br><br>Defendants. | Case No.  3:20-cv-00454-RGJ-RSE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tammy Welch and Defendants Hartford Life and Accident Insurance Company and Benefit Management Services agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs.

Dated this 26th day of May 2021.

*/s/ Robert A. Florio (w/permission)*
Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
T: (502) 295-7930
raflorioatty@hotmail.com
*Attorney for Plaintiff*

*/s/ Braxton S. Thrash*
William B. Wahlheim, Jr.
Braxton S. Thrash
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL  35203
wwahlheim@maynardcooper.com
bthrash@maynardcooper.com
*Attorneys for Defendants*